1. Name: Clarence D Johnson
2. Address: 3150 N. Racine Ave #219 Chicago Ill 60657
3. Telephone Phone: 708-916-0227
4. Email:

UNITED STATES DISTRICT COURT

middle DISTRICT OF Florida

FILED 2020 DEC 14 PM 3: [?]
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Clarence D Johnson

Case No.: 6:20-CV-22[71]-ORL-41EJK
(assigned at time of filing)

Plaintiff(s),

v.

Wells Fargo et al
COVID 19
CDC Crimes

Defendant(s).

COMPLAINT Covid 19 CDC
Bank + Banking Crimes
Crimes
Wells Fargo et al
Sec Angela By CRS
FBI 513-421-4310

I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
☒ Yes   ☐ No

b. If yes, please list the case numbers here: contract
U.S conflict Interest Law firm 1-800-843-3476
Foreign Policy Guidelines

II. STATEMENT OF CLAIM (Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)

1

Russell Moore Head Religious Ethics comittee
Pres Obama Harboring Fugitives
Pres Trump Harboring Fugitives
United Nations Harboring Fugitives
Crimes of Treason Daily
St Paul Baptist church DR Lane Watson Rich VA.
Dale O'Sheilds Church of Redeemer (Gaithersburg MD)
Rev Melvin Whitley Ebenezer Baptist Church Durham North Carolina.

Pope Francis Paul + Catholic churches
Crimes in Religion over 12yr period
International Criminal court guidelines
Human trafficking Crimes Biblical crimes
See Queen Elizabeth

Illinios Kentucky Ohio Wisconsin 645 Gov't entrapment
Foreign Policy procedure per crime per change
New York Federal courts 212-857-8500
Trump + Obama Administration
Extortion       Conspiracys cover mothers murder
Charges         Child Trafficking etc
Tampering       Community Crimes
Criminal Evidence
Public Kidnappings    See Angela Byers FBI
                     513-421-4310
                 ( Conflict Resolution )

Check Federal case Records Trump + Obama Administration
US Attorney's Office NO Good Request for Inquiry.
Need Competent Federal Marshall program.
For Trump + Obama Administration.

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Arrest Detain Prisoner + property Seizure United States is Behind Over 12 yrs. Foreign Policy Guidelines All Government. Fed's, State, Politicians, Judges etc

See Angela Byers
FBI 513-421-4310
And United Nations

Honor motion's First Stay Away order JOBS Doctors Family + Friends No contact
Relocation Family. (Seeking 1. Billion Dollars.)
Honor Crime Victim's compensation
Follow United Nations Ethics Guidances
Obstruction Justice
Covering up federal Crimes

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Dec 5, 2020
Date

_____
Signature

Clarence D Johnson Jr
Printed Name

4


as workman's compensation or disability insurance? NO

as rent payments, interest, dividends? NO

as pension, annuities or life insurance payments? NO

from social security, unemployment compensation or welfare payments? NO

as gifts or inheritance? NO

from other sources? NO

8. How much money do you own or have in any checking or savings account? None

9. Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bond, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

   If "Yes", give a description of the property and its estimated value.

10. **Is anyone dependent on you for support?** ☐ Yes  ☒ No

    *If "Yes", give names, ages, relationship to you, and the amount you contribute toward their support.*

11. **List any debts you have and the amount owed.**

    *Creditor Amount Owed*

    NONE

12. **List your monthly living expenses.**

    0

Under penalty of perjury, I declare that the information given in this motion is true and correct.

10/30/2020
Date

_Clarence Johnson_
Signature

Clarence D Johnson
Printed Name