UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARENCE D. JOHNSON,

      Plaintiff,

v.                                        Case No: 6:20-cv-2271-Orl-41EJK

WELLS FARGO and COVID 19 CDC CRIMES,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On December 17, 2020, United States Magistrate Judge Embry J. Kidd issued an Order (Doc. 5), denying without prejudice Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). (Doc. 5 at 2). Judge Kidd directed Plaintiff to "file a renewed Motion to Proceed *In Forma Pauperis*, which addresses the deficiencies identified by [his] Order." (*Id.*). The deadline to do so was January 7, 2021. (*Id.*). Judge Kidd's Order also warned that "[f]ailure to timely comply . . . may result in the dismissal of Plaintiff's case without further notice from the Court." Plaintiff failed to comply with Judge Kidd's Order and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record